# Court of Appeals, State of Michigan

## ORDER

Ronald E Johnston v Sterling Mortgage & Investment Company
Sterling Mortgage & Investment Company v Ronald E Johnston

Docket No.    324855, 325238

LC No.        2014-142153-CH; 2014-141116-AV

Kirsten Frank Kelly
Presiding Judge

Karen M. Fort Hood

Stephen L. Borrello
Judges

---

The Court orders that the March 15, 2016 opinion is hereby AMENDED to correct a clerical error. On page 11, second paragraph, the first sentence shall read: Appellants argue that the lower courts erred in granting Appellees possession in the summary proceeding and denying Connolly's motion to intervene.

In all other respects, the March 15, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 13 2016
_____
Date

_____
Chief Clerk